# THE WEITZ LAW FIRM, P.A.

## MEMORANDUM ENDORSED

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2024
```

June 3, 2024

**VIA CM/ECF**
Honorable Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12C
New York, New York 10007

      Re:    *Vuppala v. One Dag Garage LLC, d/b/a Landmark Diner, et al.*
             **Case 1:24-cv-01997-GHW**

Dear Judge Woods :

    The Initial Pretrial Conference in this matter has been scheduled by the Court to June 2, 2024 at 10:00 a.m. However, the undersigned has a conflict with another matter, as Plaintiff's counsel was previously scheduled to attend a Magistrate Settlement Conference in a Pennsylvania case on the same day and time.

    Therefore, the undersigned respectfully requests a two (2) week adjournment of this Conference to a date most convenient to the Court.

    The undersigned counsel has conferred with opposing counsel who has consented to this request. Thank you for your consideration of this request.

                                        Sincerely,

                                        By: /S/ B. Bradley Weitz
                                            B. Bradley Weitz, Esq. (BW 9365)
                                            THE WEITZ LAW FIRM, P.A.
                                            Attorney for Plaintiff
                                            Bank of America Building
                                            18305 Biscayne Blvd., Suite 214
                                            Aventura, Florida 33160
                                            Telephone: (305) 949-7777
                                            Facsimile: (305) 704-3877
                                            Email: bbw@weitzfirm.com

---

The Court assumes that Plaintiff means to request an adjournment of the initial pre-trial conference scheduled for June 27, 2024. *See* Dkt. No. 7. That application is granted. The conference is adjourned to July 11, 2024 at 2:00 p.m. The joint letter and proposed case management plan discussed in the Court's March 19, 2024 order are due no later than July 5, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 10.
SO ORDERED.
Dated: June 5, 2024

                                                                       GREGORY H. WOODS
                                                               United States District Judge