```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                            :
KIRAN VUPPALA,                                     :
                                                                            :
                                        Plaintiff,   :         1:24-cv-1997-GHW
                                                                              :
                             -v –                          :         <u>ORDER</u>
ONE DAG GARAGE LLC, *et al.*,             :
                                      Defendants.   :
                                                                              :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record at the June 28, 2024 conference, Defendant One Dag Garage LLC's proposed motion to dismiss is due no later than July 19, 2024. Plaintiff's opposition is due within three weeks of the date of service of Defendant's motion. Plaintiff's reply, if any, is due within one week of the date of service of Defendant's opposition.

      SO ORDERED.

Dated: June 28, 2024
       New York, New York

                                                                    _____
                                                                       GREGORY H. WOODS
                                                                  United States District Judge